date on his motion, *see* Fed. R.App. P. 4(c); Fed.R.Civ.P. 6(a), it did not toll the time for appeal from the underlying judgment, *see* Fed. R.App. P. 4(a)(4)(A). The notice of appeal was therefore filed more than thirty days after entry of judgment and we lack jurisdiction to consider the court's order dismissing Delay's complaint. *See* Fed. R.App. P. 4(a). The postjudgment motion also was untimely under Rule 59(e), *see* Fed.R.Civ.P. 59, and thus the district court's ruling on it was a nullity, *see Garrett v. United States*, 195 F.3d 1032, 1033 (8th Cir.1999), and we lack jurisdiction to review that ruling as well, *see Arnold v. Wood*, 238 F.3d 992, 998 (8th Cir.2001).

Accordingly, we dismiss the appeal for lack of jurisdiction. *See* 8th Cir. R. 47A(a).

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

## PER CURIAM.

Federal inmate Joseph W. Henry appeals from the district court's[1] preservice dismissal of his civil action. Having carefully reviewed the record, we conclude that dismissal was proper as Mr. Henry failed to state a claim on any of the bases alleged in his complaint. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

**Joseph Wm. HENRY, Jr., Appellant,**

v.

**W.J. SEELY; Dave Filter; S. Larson; Lt. Kelly; Charles B. Reed; J.D. Pfeifer; J. Mann; R.L. Stiff; Bob Mundt; Harrell Watts; G.L. Hershberger; Kathleen Hawk, Appellees.**

No. 03–1809.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 20, 2003.

Decided Aug. 25, 2003.

Joseph Wm. Henry, Jr., Waseca, MN, for Plaintiff–Appellant.

**Andra L. NICHOLSON, Appellant,**

v.

**Timothy O'DELL, Warden CCA/PCF; Jon E. Litscher, Wisconsin Secretary DOC; Corrections Corporation of America, Sued as Correction Corporation of America, Appellees.**

No. 03–1706.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 20, 2003.

Decided Aug. 25, 2003.

Andra L. Nicholson, Oregon, WI, pro se.

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.